UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR607-015 |
| | ) | |
| AKEEM AJIMA LANIER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**I. CAIN SMITH** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT I. CAIN SMITH** be granted leave of absence for the following periods: **November 6, 2018 through November 12, 2018.**

This 24th day of October, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA